

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00306-CV

**IN RE** Harold **BOWENS**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  May 14, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 30, 2014, Relator Harold Bowens, Jr. filed a petition for writ of mandamus, seeking relief with respect to an original complaint and petition he alleges he filed on April 2, 2014. Relator complains the Bexar County District Clerk has not responded. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2001-CI-11164, styled *In re Mary A. Harris Family Trust*, et al., pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll, presiding.